IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID BROWNE; ANTONIO CALDWELL;
and LUCRETIA HALL, on behalf of themselves
and all those similarly situated                                    PLAINTIFFS

V.                          Case No. 5:16-CV-05366

PAM TRANSPORT, INC.                                                  DEFENDANT

## ORDER CONDITIONALLY CERTIFYING COLLECTIVE ACTION AND APPROVING NOTICE

The Parties, by and though their undersigned counsel, notified the Court that they stipulated and agreed to the entry of an Order conditionally certifying a collective action in this case, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Court therefore **ORDERS** as follows:

1.      The instant matter shall be conditionally certified as a collective action, pursuant to § 216(b) of the FLSA, on behalf of all over-the-road truck drivers who were employed by Defendant P.A.M. Transport, Inc. at any point from May 5, 2014 through May 5, 2017. Defendant shall provide Plaintiff's counsel, by June 5, 2017, with an electronic spreadsheet with the following information for each driver provided in separate columns: driver identification number, first name, last name, and last known street address, city, state, and zip code.

2.      The decision by Defendant not to oppose the conditional certification of the FLSA collective action does not constitute an admission that the named Plaintiffs are similarly situated to the described class or that this action meets the conditions necessary for

certification of a FLSA collective action. Defendant retains the right to move to decertify the collective action and/or oppose any request by Plaintiffs for final certification.

3. Plaintiffs' counsel shall, within 7 days of June 26, 2017, send via First Class mail, in a single envelope or in a folded postcard, the "Important Notification to Potential Class Members" (hereinafter "Notice") and the "Consent to Join Lawsuit" Form (hereinafter "Consent Form") to each individual identified as a class member. A copy of the text of the Notice and Consent Form are attached hereto as "Exhibit A." Counsel for the Parties may agree upon non-substantive modifications necessitated by the format by which the Notice and Consent Form are mailed.

4. Plaintiffs' counsel shall, within 7 days of August 7, 2017, send via First Class Mail to all class members from whom Plaintiffs' counsel have not received a Consent Form, a Reminder Postcard containing the following language with a Consent Form attached:

> **NOTICE: On or about June 26, 2017, you were sent a notice of a collective action lawsuit filed against P.A.M. Transport. You are receiving this notice because, as of the date of the mailing of this notice, we have not received a consent form from you. If you wish to join the collective action lawsuit, you must submit a consent form by no later than September 26, 2017. You may submit your consent form online at [to be provided]. You may request another copy of the notice, including the consent form, to be mailed to you by calling [to be provided]. You may also use the consent form attached to this postcard.**

5. Plaintiffs' counsel may, without leave of Court or further agreement from Defendant, provide the contact information for Plaintiffs' Firm in the Notice and Consent Form attached as "Exhibit A" (the space for such information is currently highlighted and marked "to be provided"), provided Plaintiffs' counsel provides a copy of such changes to Defendant's counsel prior to mailing same.

6. All potential class members may join this lawsuit by: (1) mailing a copy of the "Consent to Join Lawsuit" Form to Plaintiffs' counsel, provided that it is placed in the mail on or before September 26, 2017; (2) e-mailing or faxing a copy of the "Consent to Join Lawsuit" Form to Plaintiffs' counsel, provided it is sent via e-mail or fax on or before September 26, 2017; or (3) submitting an online "Consent for Join Lawsuit Form," provided it is submitted on or before September 26, 2017.

7. Defendant retains all defenses, including without limitation the defense that the statute of limitations bars, in whole or in part, the claims of any individual who opts into this lawsuit as a Plaintiff.

**IT IS SO ORDERED** on this 8th day of May, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE