IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAVID BROWNE, ANTONIO CALDWELL, and LUCRETIA HALL, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.A.M. TRANSPORT, INC.,<br>297 West Henri de Tonti Blvd.<br>Tontitown, AR 72770<br><br>And<br><br>JOHN DOES, 1-10<br>c/o P.A.M. TRANSPORT, INC.<br>297 West Henri de Tonti Blvd.<br>Tontitown, AR 72770<br><br>Defendants. | Case No. 5:16-cv-05366, TLB |

**DEFENDANTS P.A.M. TRANSPORT, INC.'S AND JOHN DOES 1-10'S OFFER OF JUDGMENT TO PLAINTIFFS**

Defendants P.A.M. Transport, Inc. and John Does 1-10 ("Defendants"), pursuant to Federal Rule of Civil Procedure 68, hereby make an Offer of Judgment to Plaintiffs in the above-referenced action as follows:

1. The claims sought to be resolved are all individual, collective and/or class claims asserted or brought by Plaintiffs in this action;

2. Acceptance of the Offer shall effect an entry of judgment under Fed. R. Civ. P. 54 as to all individual, collective and/or class claims asserted or brought by Plaintiffs in this action pursuant to the terms of this Offer and a dismissal with prejudice of all such claims against Defendants (subject to Court approval as noted below);

3. The total amount of this Offer to the named Plaintiffs, the Plaintiffs who have opted-in to this action, and the putative members of the Rule 23 class which Plaintiffs seek to represent in this action is $1,100,000.00;

4. Defendants shall also pay reasonable attorney's fees and costs to which Plaintiffs are found to be entitled under the FLSA or otherwise in an amount to be determined by the Court unless the parties otherwise agree on an amount after acceptance of this Offer;

5. Defendants and Plaintiffs agree to be bound by such orders and terms of approval as may be required and/or entered by the Court pursuant to Fed. R. Civ. P. 23;

6. This Offer of Judgment is contingent upon and subject to Court approval;

7. This Offer of Judgment is not to be construed as an admission that Defendants are liable to the named Plaintiffs, the Plaintiffs who have opted-in to this action, or the putative members of the Rule 23 class which Plaintiffs seek to represent in this action, or that Defendants have engaged in any wrongful conduct. This Offer of Judgment is made solely for the purpose of terminating this action as contemplated by Fed. R. Civ. P. 68. Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award in favor of Plaintiffs, or against Defendants, of any amount or benefit, including declaratory or injunctive relief, not expressly offered herein;

8. If this Offer is not accepted within fourteen (14) days pursuant to Rule 68, this Offer shall be deemed withdrawn and evidence of it shall not be admissible except in a proceeding to determine costs and attorney's fees;

9. YOU ARE FURTHER NOTIFIED THAT, under the terms of Rule 68, if this Offer is not accepted within fourteen (14) days, and the judgment finally entered in this case is not more favorable to Plaintiffs than this Offer, Plaintiffs' claims for costs, and some or all of

Plaintiffs' claims for attorney's fees, shall be extinguished and Plaintiffs shall be required to pay Defendants' costs and disbursements incurred after the date set forth below.

**Dated: May 31, 2018**

<div style="margin-left:3em">

Respectfully submitted,

P.A.M. TRANSPORT, INC., Defendant

By: /s/Robert L. Jones, III
Robert L. Jones, III, AR #69041
Kerri E. Kobbeman, AR #2008149
Amber J. Prince, AR #2007247
Conner & Winters, LLP
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711
(479) 587-1426 (fax)
bjones@cwlaw.com
kkobbeman@cwlaw.com
aprince@cwlaw.com

By: /s/ M. Reid Estes, Jr.
Martin D. Holmes (TN #012122)
M. Reid Estes, Jr., (TN #9043)
Peter F. Klett, (TN #12688)
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, TN 37219
(615) 244-6538
mdholmes@dickinsonwright.com
restes@dickinsonwright.com
pklett@dickinsonwright.com

By: /s/ K. Scott Hamilton
K. Scott Hamilton (MI #P44095)
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI  48226-3425
(313)-223-3500
khamilton@dickinsonwright.com

*Attorneys for the Defendant P.A.M. Transport, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following via email and by U.S. mail, on May 31, 2018:

Justin L. Swidler, Esq.
Richard S. Swartz, Esq.
Joshua S. Boyette, Esq.
Travis Martindale Jarvis, Esq.
Swartz Swidler, LLC
1101 Kings Hwy. N. Suite 402
Cherry Hill, NJ 08034

/s/ M. Reid Estes Jr.
M. Reid Estes Jr.