IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAVID BROWNE, ANTONIO CALDWELL, and LUCRETIA HALL, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> P.A.M. TRANSPORT, INC., <br> 297 West Henri de Tonti Blvd. <br> Tontitown, AR  72770 <br><br> and <br><br> JOHN DOES, 1-10 <br> c/o P.A.M. TRANSPORT, INC. <br> 297 West Henri de Tonti Blvd. <br> Tontitown, AR  72770 <br><br> Defendants. | Case No. 5:16-cv-05366, TLB |

**P.A.M. TRANSPORT, INC.'S MOTION TO
DISMISS OPT-IN PLAINTIFFS FOR FAILING TO APPEAR AT
DEPOSITION OR PARTICIPATE IN DISCOVERY**

Comes Defendant P.A.M. Transport Inc. ("PAM") and moves the Court for entry of an Order dismissing Opt-In Plaintiffs for Failing to Appear at their Deposition or Participating in Discovery.  In support of this Motion PAM relies upon the authorities and exhibits in the accompanying Brief.

Respectfully Submitted,

CONNER & WINTERS, LLP

s/ Robert L. Jones, III
Robert L. Jones, III, AR #69041
Kerri E. Kobbeman, AR #2008149
Amber J. Prince, AR #2007247
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711
(479) 587-1426 (fax)
bjones@cwlaw.com
kkobbeman@cwlaw.com
aprince@cwlaw.com

DICKINSON WRIGHT PLLC

/s/ Martin D. Holmes
M. Reid Estes, Jr., BPR #9043
Peter F. Klett, BPR #12688
Martin D. Holmes, BPR #12122
424 Church Street, Suite 800
Nashville, TN  37219
(615) 620-1737
(844) 670-6009 (fax)
restes@dickinsonwright.com
pklett@dickinsonwright.com
mdholmes@dickinsonwright.com


/s/ K. Scott Hamilton
500 Woodward Avenue
Suite 4000
Detroit, MI  48226-3425
(313)-223-3500
khamilton@dickinsonwright.com

*Attorneys for the Defendant P.A.M. Transport, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF System on November 4, 2019, which will serve notice of same on the following:

Justin L. Swidler, Esq.
Richard S. Swartz, Esq.
Joshua S. Boyette, Esq.
Travis Martindale Jarvis, Esq.
Swartz Swidler, LLC
1101 Kings Hwy. N., Suite 402
Cherry Hill, NJ 08034

                                  /s/ Martin D. Holmes
                                  Martin D. Holmes

NASHVILLE 27403-20 712923v1