**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DAVID BROWNE, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>P.A.M. TRANSPORT, INC., *et al.*<br><br>Defendants. | Civil Action No.: 5:16-cv-05366-TLB<br><br>**DECLARATION OF JUSTIN L. SWIDLER** |

## <u>DECLARATION OF JUSTIN L. SWIDLER</u>

I, Justin L. Swidler, Esquire, state as follows:

1.     I am an attorney at law licensed to practice in New Jersey, Pennsylvania, and admitted to this Court *pro hac vice*, and I am a founding partner in the law firm of Swartz Swidler, LLC, attorneys for Plaintiffs David Browne, Antonio Caldwell, and Lucretia Hall (hereinafter "Plaintiffs").   I make this declaration in support of Plaintiffs' Motion for Partial Summary Judgment. I am fully familiar with the facts stated herein.

2.     The following Exhibits support and are referenced in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment.

3.     A true and correct copy of Defendant's Driver Manual is attached hereto as Exhibit 1-A.

4.     A true and correct copy of Defendant's Circle of Service Macros is attached hereto as Exhibit 1-B.

5.     A true and correct copy excerpts of Defendant's Trainer's Manual is attached hereto as Exhibit 1-C.

6.      A true and correct copy of Defendant's Claim Expense Authorization Form is attached hereto as Exhibit 1-D.

7.      A true and correct copy of Defendant's Supplemental Responses to Plaintiffs; Second Set of Interrogatories is attached hereto as Exhibit 1-E.

16.     A true and correct copy of Defendant's Responses to Plaintiffs' Interrogatory Responses is attached hereto as Exhibit 1-F.

17.     A true and correct copy of Defendant's Escrow account Deduction Agreement is attached hereto as Exhibit 1-G.

18.     A true and correct copy of Defendant's Comdata Consent is attached hereto as Exhibit 1-H.

19.     A true and correct copy of the Agreement between Comdata and PAM Transport is attached hereto as Exhibit 1-I.

20.     A true and correct copy of the Expert Report of Dr. Robert Speakman is attached hereto as Exhibit 1-J.

21.     A true and correct copy of the 30(b)(6) Deposition of Andrew Christensen dated December 19, 2017 is attached hereto as Exhibit 1-K.

22.     A true and correct copy of the 30(b)(6) Deposition of Andrew Christensen dated May 30, 2019 is attached hereto as Exhibit 1-L.

23.     A true and correct copy of the Deposition of Steve Bruce dated June 3, 2019 is attached hereto as Exhibit 1-M.

24.     A true and correct of the Deposition of Nicholas Mott dated June 13, 2019 is attached hereto as Exhibit 1-N.

25.     A true and correct copy of the Deposition of Jason Marx dated May 31, 2019 is attached hereto as Exhibit 1-O

26.     A true and correct copy of the Deposition of Ryan English dated May 31, 2019 is attached hereto as Exhibit 1-P.

27.     A true and correct copy of the Deposition of Michael Copelin dated May 31, 2019 is attached hereto as Exhibit 1-Q.

28.     A true and correct copy of the Deposition of Nick Humphrey dated June 3, 2019 is attached hereto as Exhibit 1-R.

29.     A true and correct copy of the Deposition of Lance Stewart dated December 19, 2017 is attached hereto as Exhibit 1-S.

30.     A true and correct copy of the Deposition of Paul Bagwell dated May 30, 2019 is attached hereto as Exhibit 1-T.

31.     A true and correct copy of the Deposition of Name Plaintiff David Browne dated January 3, 2018 is attached hereto as Exhibit 1-U.

32.     A true and correct copy of the Deposition of  Named Plaintiff Antonio Caldwell dated January 4, 2018 is attached hereto as Exhibit 1-V.

33.     A true and correct copy of the Deposition of Lucretia Hall dated January 3, 2018 is attached hereto as Exhibit 1-W.

34.     A true and correct copy of the Deposition of Kenneth Harding dated May 24, 2019 is attached hereto as Exhibit 1-X.

35.     A true and correct copy of the Deposition of Eli Lee dated May 23, 2019 is attached hereto as Exhibit 1-Y.

36.     A true and correct copy of the Deposition of  Daniel Gonzalez dated August 3, 2018 is attached hereto as Exhibit 1-Z.

37.     A true and correct copy of the Deposition of  Martin Garcia dated August 4, 2018 is attached hereto as Exhibit 1-AA.

38.     A true and correct copy of the Deposition of James Escobedo dated August 5, 2018 is attached hereto as Exhibit 1-AB.

39.     A true and correct copy of the Deposition of  Billy Palmer dated May 8, 2019 is attached hereto as Exhibit 1-AC.

40.     A true and correct copy of the Deposition of Jamal Johnson dated May 8, 2019 is attached hereto as Exhibit 1-AD.

41.     A true and correct copy of the Deposition of  Lee Appelt dated May 23, 2019 is attached hereto as Exhibit 1-AE.

42.     A true and correct copy of the Deposition of Melody Acreman dated July 27, 2018 is attached hereto as Exhibit 1-AF.

43.     A true and correct copy of the Deposition of Robert Chapman dated July 27, 2018 is attached hereto as Exhibit 1-AG.

44.     A true and correct copy of the Deposition of Robert Lark dated July 30, 2018 is attached hereto as Exhibit 1-AH.

45.     A true and correct copy of the Deposition of Nicholas Ricotta dated July 23, 2018 is attached hereto as Exhibit 1-AI.

46.     A true and correct copy of the Deposition of Remigio Galvan dated August 5, 2018 is attached hereto as Exhibit 1-AJ.

47.     A true and correct copy of the Deposition of Killian Naughton dated August 23, 2019 is attached hereto as Exhibit 1-AK.

48.     A true and correct copy of the Deposition of Defendant's Expert Dr. Matthew Thompson dated October 2, 2019 attached hereto as Exhibit 1-AL.

49.     A true and correct copy of the Deposition of Lance Stewart dated May 29, 2019 is attached hereto as Exhibit 1-AM.

50.     A true and correct copy of the Deposition of Lance Stewart dated May 30, 2019 is attached hereto as Exhibit 1-AN.

51.     A true and correct copy of the Deposition of Sharon Oxley dated May 24, 2019 is attached hereto as Exhibit 1-AO.

I declare, under penalties of perjury, that the foregoing is true to the best of my information and belief.

*/s/ Justin Swidler*
Justin L. Swidler, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway N, Ste. 402
Cherry Hill, NJ 08034
Telephone: (856) 685-7420
Facsimile: (856) 685-7417
E-mail: jswidler@swartz-legal.com
*Attorneys for Plaintiffs*

Date: November 5, 2019