**COMDATA**
TRANSPORTATION SERVICES

82252

PRINT NAME  Antonio B. Caldwell

EMPLOYEE NUMBER _____

SIGN NAME  Antonio B. Caldwell    DATE: 8/13/15

## Direct Deposit

Please select one option only. **YOU MUST SELECT ONE.**

A. _____ I would like to have the option to manually transfer funds from my COMCHEK card account to my personal bank account.

B. ✓ I do not wish to sign up for Direct Deposit.

## Personal Banking Information

1. Bank Routing Number  _____
2. Bank Account Number  _____
3. Account Name  _____
4. Account Type: _____ Checking _____ Savings (check one only)
   Attach a voided check or deposit slip to insure accuracy.

Your Express Cash account number is _____
(COMCHEK Card Number)

× Antonio B. Caldwell

Please answer this brief questionnaire so we can provide better service to you in the future.

1. Which of the following banking accounts do you have: (Circle all that apply)?
   (Checking)    Saving    Money Market    None

2. Do you have a bank ATM (Automatic Teller Machine) card? (Yes)  No
   If YES, how often do you use your ATM card monthly?
   (1-5)    6-10    11+
   If NO, do you plan to acquire an ATM card in the near future?  Yes    No

3. If made available, would you consider paying your bills electronically (i.e. Home, automobile, truck, etc.)?  Yes

### PAYROLL DEPARTMENT NOTIFICATION