
COMDATA
*A Ceridian Company*


PA073

**Comdata Transportation Services**
**Customer Agreement**

| | |
|---|---|
| **P.A.M. Transportation Services, Inc.** | **August 1, 2000** |
| Company | Date |
| **Hwy 412 West** | |
| Address | |
| **Tontitown,**   **AR**   **72770** | **501-361-5403** |
| City   State   Zip Code | AC/Phone # |

This Agreement is entered into by and between **COMDATA NETWORK, INC.**, d/b/a Comdata Corporation® ("**Comdata**") and the above-named Company ("**Customer**"), and sets forth the terms and conditions pursuant to which Comdata will provide an account to Customer as provided for herein.

1. **Statement of Service.** (a) <u>General</u>. Comdata shall provide Customer with an account through the use of which Customer may access the financial, information and other services provided for herein.

    (b) <u>ATM Debit Service</u>. The parties recognize that Comdata has developed and offers a service pursuant to which Customer's employees, drivers and/or other authorized personnel may effect withdrawals and other financial transactions through certain automatic teller machines (individually, an "ATM") using an approved and authorized Comdata issued card. (the "ATM Debit Service"). In that event that Customers subscribes to and/or uses the ATM Debit Service, Customer agrees that (i) all such transactions through the ATM Debit Service are subject to availability of funds according to respective account balance(s), the authorization and approval of each respective Comchek card and ATM transactions effected thereby, Customer's current credit relationship with Comdata and applicable laws, rules and regulations, including, without limitation, those of applicable debit networks and (ii) Comdata may modify the ATM Debit Service and the transactions available in connection therewith based upon, among other things, changes in the foregoing. In addition to the transaction fees set forth in Schedule A hereof relating to the ATM Debit Service, Customer shall pay to Comdata the principal amount of any money withdraw from ATMs. Such fees are exclusive of any additional fees which may be imposed by owners of ATMs, debit networks or their respective agents.

2. **Comdata Cards.** Comdata shall furnish Customer sufficient Comdata cards for use by Customer's authorized employees and/or agents.

3. **Equipment.** Comdata may provide Customer with equipment to establish a communications link with Comdata. Such equipment shall be utilized only for the purpose of accessing services provided by or through Comdata and for no other purpose, and Customer shall not alter or modify such equipment without the written consent of Comdata. Customer shall be responsible for any damage to the equipment while in its possession. The equipment shall at all times remain the property of Comdata, and, in the event of the termination of this Agreement, shall be returned by Customer to Comdata in the same condition in which it was received by Customer, ordinary wear and tear excepted.

4. **Fees and Payments.** Customer shall make payment to Comdata of the full amount of all Comdata card based, Express Check or other transactions initiated plus a transaction fee for all services as set forth in Schedule A. Such amounts shall be due Comdata immediately upon Comdata's authorization of a transaction, or, in the case of Express Check Services, upon registration of the face amount of the transaction to be authorized under an Express Check code number. Comdata shall have the right to change such transaction fees and service fees upon giving fifteen (15) days written notice thereof to Customer. Failure to make any such payments in accordance with Schedule A shall be deemed a breach of this Agreement, in which case Comdata may, in its sole discretion, immediately cancel this Agreement. Any payments made by check shall not be deemed to have been made until such check is honored upon presentation for payment at Customer's bank.

5. **Select Rebates.** Certain authorized Network Service Centers may agree, from time to time, to make a fixed fuel purchase rebate available to all Comdata Customers (Select Rebate). Comdata shall credit any such rebate to Customer's account as set forth herein.

Revised 5/98

6. **Security.** Customer shall provide Comdata with Security for the performance when due of its obligations herein. Such security shall be as set forth in Schedule A, and this Agreement shall not become effective until such security is received by Comdata in a form acceptable to Comdata in its sole discretion.
7. **Credit Limit.** It is agreed that Customer's credit limit for use of the services shall be as set forth in Schedule A. In the event Customer's unpaid charges and fees at any time exceed such credit limit, then Customer shall be in breach of this Agreement, in which case Comdata may, in its sole discretion, immediately suspend services to Customer and may further require that additional security be provided by Customer or terminate this Agreement by providing written notice of such termination to Customer. The parties further agree to review Customer's credit limit from time to time to determine whether it is in the best interest of both parties to increase such credit limit. In such event, Customer shall provide Comdata with such financial information as Comdata may reasonably require to enable Comdata to evaluate the feasibility of increasing such credit limit.
8. **Responsibility for Comdata Cards, Codes and Security Information.** Customer agrees to accept full responsibility for all purchases made as a result of the use of Comdata Cards, Express Checks, passwords or other security codes and procedures. Customer shall notify Comdata immediately by telephone of any lost or stolen Comdata Cards, codes, passwords or other security codes or procedures and shall be fully responsible for the unauthorized or fraudulent use thereof until such time as Comdata has received such notification from Customer provided that each fraud or misuse is not attributed to Comdata. Upon termination of this Agreement, Customer shall return to Comdata all Comdata Cards provided.
9. **Termination of Agreement.** This Agreement will remain in effect for one (1) year. Thereafter, this agreement can be terminated by either party by providing ninety (90) days written notice of termination to the other party. Notwithstanding this provision, Comdata shall have the right to immediately terminate this Agreement by oral or written notice if Customer should (1) fail to make any payment due hereunder; (2) fail to maintain a satisfactory credit relationship with Comdata; or (3) fail to perform any other obligation required to be performed by Customer pursuant to this Agreement. Customer's obligation to pay for fuel, products and/or services purchased plus the applicable service charges which are incurred before the effective date of termination of this Agreement will survive such termination, and Customer's obligation to pay late charges pursuant to Paragraph 12 shall survive such termination regardless of whether or not these charges and fees were incurred before the effective date of such termination.
10. **Limitation of Liability.** Comdata shall not be liable to Customer for any loss or damages sustained by Customer as a result of delay in servicing a transaction request, delay resulting from equipment failure or transmission failure, act of God or any other cause not within the reasonable control of Comdata. In no event shall Comdata be responsible for consequential, special, incidental or punitive damages, regardless of whether Comdata was made aware of the possibility of such damages. **COMDATA MAKES NO REPRESENTATIONS OR WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.**
11. **Dishonored Check.** Each time Customer's check or other payment method is dishonored when presented for payment at Customer's bank, Customer shall pay to Comdata a service charge of $20.00 or the maximum amount allowed by law, whichever is less, in addition to the late charge which accrues upon unpaid balances pursuant to Paragraph 12 below.
12. **Late Charges on Unpaid Balances.** Customer will pay Comdata a late charge of one and one-half (1.5) percent per month, or any portion thereof, from the date of the purchase, or the maximum amount allowed by law, whichever is less, upon any balances which remain unpaid for sixteen (16) or more days following the date of purchase.
13. **Invoice Disputes.** Customer must notify Comdata of any dispute as to the amount of any invoice within sixty (60) days from the date of the invoice or the invoice will be deemed undisputed and accepted by Customer.
14. **Verbal Instructions.** Customer agrees that Comdata is authorized to transfer funds in accordance with verbal instructions from any individual calling from one of the participating or non-participating service centers who has presented a Comdata Card or Express Check number issued to him by the Customer.
15. **Unintentional Differences in Amount Requested.** Customer agrees that in the event that the amount transferred by Comdata to a service center shall unintentionally differ from the amount requested, Customer shall make payment for the amount actually transferred by Comdata.
16. **Transaction Data.** Customer acknowledges and agrees that all transaction information, including, without limitation, Comchek card numbers, Customer's rates and fees and data gathered at the point-of-sale by Comdata, whether electronically or by voice, is property of Comdata. Customer shall be entitled to use this information only for its internal business purposes and shall not divulge the same to any other person, firm or corporation without the written consent of Comdata.
17. **Liability of Acts of Customers, Employees and Agents.** Customer agrees to hold Comdata harmless from any and all liability resulting from the acts of any employees or agents of Customer which acts shall include but are not limited to negligent acts of such persons.
18. **Tape Recording.** Customer agrees to permit Comdata to tape record all transaction requests.
19. **Waiver.** No waiver by either party of any breach of any of the covenants or conditions contained in this Agreement to be performed by the other party shall be construed as a waiver of any succeeding breach of the same or any other covenant or condition.

Revised 5/98

20. **Notices.** All written notices required to be given by this Agreement shall be deemed to be duly given if delivered personally or sent by certified mail to Comdata, 5301 Maryland Way, Brentwood, TN 37027, or to Customer at the address listed on the front of this Agreement.
21. **Severability of Provisions.** Both parties expressly agree that it is not the intention of either party to violate statutory or common law and that if any section, sentence, paragraph, or clause is in violation of any law, such section, sentence, paragraph or clause shall be inoperative and the remainder of this Agreement shall remain binding upon the parties.
22. **Assignment.** This Agreement may not be assigned, in whole or in part, by Customer without the prior written consent of Comdata.
23. **Attorney's Fees.** Customer agrees to pay reasonable attorney's fees to Comdata in the event that Comdata shall engage an attorney to enforce, protect, preserve or defend any rights it might have under this Agreement.
24. **Governing Law; Forum Selection.** This Agreement shall be construed in accordance with the laws of the State of Tennessee. Any action to enforce or interpret this Agreement shall be brought in the appropriate judicial forum located in Nashville, Davidson County, Tennessee, and the parties hereby consent to such jurisdiction and venue and waive any objections thereto.
25. **Original; Facsimile Copy.** Customer shall return the originally executed copy of this Agreement to Comdata as soon as possible. Notwithstanding the foregoing, Customer and Comdata acknowledge and agree that an executed facsimile copy of this Agreement is sufficient to evidence this Agreement and the effectiveness hereof.
26. **Entire Agreement.** This Agreement constitutes the entire Agreement between the parties and supersedes all previous agreements, negotiations, commitments and writings. This Agreement may not be changed or modified except by an instrument in writing, duly executed by each of the parties.

IN WITNESS WHEREOF, the parties, through their respective duly authorized and acting representatives, have executed this Agreement to be effective in accordance with its terms as set forth above.

**P.A.M. TRANSPORTATION SERVICES, INC.**

By: _____
    *Signature*

_____LARRY J. GODDARD_____
*Type or Print Name*

Title: __Vice President Finance, CFO__

Date: __1/13/2000__

**COMDATA NETWORK, INC.**

By: _____
    *Signature*

_____DON BAKER_____
*Type or Print Name*

Title: __Sr. Vice President/National Accounts__

Date: __July 17, 2000__

Revised 5/98



# COMDATA TRANSPORTATION SERVICES
# CUSTOMER AGREEMENT - SCHEDULE A

PAO13

This schedule sets forth certain terms and conditions to the Agreement by and between COMDATA NETWORK, INC., d/b/a/ Comdata Corporation ("Comdata") and **P.A.M. Transportation Services, Inc.** ("Customer") dated **August 1, 2000**

### FUEL AND CASH MANAGEMENT
Customer shall pay to Comdata a fee per transaction to be calculated as follows:

| TRANSACTION DESCRIPTION | FEE PER TRANSACTION | |
|---|---|---|
| Preferred Card Level A (Directory) | $0.75 with Cash | $0.75 |
| Preferred Card Level B (Directory) | $1.00 with Cash | $1.00 |
| Preferred Card Level C (All Other Locations) | $1.25 with Cash | $1.25 |
| Preferred Card, Funded Cash Only | $1.25 | |
| Comdata Express Check (Rate per issuance) | $1.50 | |
| (Includes (2) free draws per issuance, draws 3-10 billed at issuance rate) | | |
| Comdata Card Non-Funded Fuel (Data Capture) | $0.50 | |
| Comdata Card Terminal Fuel Data Capture (Tranz) | $0.50 | |
| Express Cash - Load Fee | $1.25 with one (1) free draw | |
| Express Cash - Balance Inquiry | $0.00* | |
| Express Cash - Draw Fee | $1.00* | |
| Express Cash - Direct Deposit Fee | $1.00* | |
| Comdata Answer Plus Phone Card (per minute) | .20* | |

- Voice Mail, Fax Mail & Message Service
- Information Services are billed at additional $.50 per minute

| | ATM | MAESTRO |
|---|---|---|
| ATM Access (U.S.) | $1.25 | $0.60 |
| ATM Access (International Fee) | $2.25 | $0.60 |
| ATM Balance Inquiry | $1.00 | $0.60 |
| ATM Decline Fee | $1.00 | $0.60 |

**EQUIPMENT:**

| | | |
|---|---|---|
| Stripe Reader (Fee per unit) | $30.00 | |
| Stripe Reader/Printer (Fee per unit) | $60.00 | |

### METHOD OF PAYMENT
**Bank Wire: Monday, Wednesday, Friday**
Customer pays from a Comdata-created invoice only. All invoice disputes will be resolved subsequent to the payment of 100% of the Comdata-created invoice. Customer pays for usage only, plus all applicable transaction fees. Note: Customer to pay for all bank wires.

### CREDIT LIMIT
Comdata shall provide Customer with a credit limit based on the following instruments/documents:

**Current Audited Financial**

**Statements/Annual Reports**

**CUSTOMER CREDIT LIMIT SHALL BE**

**$760,000.00**

NOTE:   (*FCC-approved surcharge of $.26 applies to all calls originating from a payphone)

---

**Accepted for Comdata:**

Don Baker, Sr. V.P. National Accounts    _Ken Baker_         July 17, 2000
                                                              Dated

**Signature of Authorized Customer Representative:**

Larry J. Goddard, V.P. Finance, CFO    _Larry J. Goddard_    7/13/2000
                                                              Dated



### Addendum to
### Comdata Transportation Services Standard Agreement
### Account Code: PA073

This Addendum is effective as of the 15th day of June, 2007, and hereby amends and supplements the Comdata Transportation Services Standard Customer Agreement (the "Agreement") by and between Comdata Network, Inc. d/b/a Comdata Corporation ("Comdata") and the undersigned company ("Customer").

1. The following new provision is added to the Agreement:

    Regulation E Compliance. Effective July 1, 2007, Comdata will comply with the recently enacted amendment to Regulation E as it applies to payroll cards. To assist Comdata's compliance efforts and to comply with applicable laws, Customer represents, warrants and covenants as follows:

    (a) With respect to current payroll cardholders, Customer will distribute the Cardholder Letter, Cardholder Agreement and Comdata Card Fee Schedule (to be completed by the customer), as attached hereto, by no later than June 30, 2007.

    (b) With respect to new payroll cardholders who first receive a Comdata payroll card on or after June 30, 2007, Customer will not distribute payroll to such employees via the Comdata Card without obtaining each employee's consent using the new Comdata Card Consent Form (to be completed by the customer), as attached hereto, and providing each employee copies of their signed Consent Form and the Cardholder Agreement. Customer will retain the original Consent Form for each employee and will provide a copy to Comdata upon request.

    (c) For all payroll cardholders, Customer will comply with all applicable state and federal employment laws.

    (Please contact your Comdata Sales Representative or Customer Relations Representative at 800-741-2777 for assistance in completing the Comdata Card Fee Schedule and the Consent form. Please indicate below if you would like to order an electronic version of the attached documents or printed copies of the Cardholder Agreement. Please note that if you use Comdata standard welcome kits, the Cardholder Agreement will be included in your welcome kit orders beginning June 30, 2007).

    ☐ By checking this box, Customer represents, warrants and covenants to Comdata that it does not distribute payroll to its employees via the Comdata Card, and therefore the above Regulation E Compliance provision is not applicable to Customer. If Customer desires to use the Comdata Card Express Cash solution in the future to distribute payroll to its employees, then it will first provide prior written notice to Comdata at Comdata Legal Department, 5301 Maryland Way, Brentwood, TN 37027.

    Comdata has the right to audit Customer for compliance with the terms of this Addendum during reasonable business hours and with advance notice at no cost to Customer.

2. In the event of any future changes to laws, regulations or the interpretation thereof or changes in Comdata's operational procedures, which changes impact Comdata's provision of services under the Agreement, Comdata will notify Customer in writing of the changes as well as any modifications required as a result thereof. Unless Customer objects to such modifications in writing within 30 days of receipt of notice thereof, Customer will be deemed to have accepted such modifications. All other terms and provisions of the Agreement, not inconsistent with the terms hereof, shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Addendum by their duly authorized representatives as of the date set forth above.

Comdata Network, Inc.

By: _____

Title: Director of Credit

Customer: P.A.M. TRANSPORT, INC.

By: _____

Title: V.P. ACCOUNTING/CONTROLLER

**Instructions to Customer:** Please sign where indicated, retain a copy for your files and either email, fax or mail the signed Addendum to Comdata as follows:
Email: dwatson@comdata.com
Fax: (615) 370-7511
Mail: 5301 Maryland Way, Brentwood, TN 37027, Attn: Deborah Watson

If you would like copies of the attached documents, please so indicate by checking the appropriate box

☐ I would like electronic versions of all documents. Email address _____

☐ I would like to order printed copies of the Cardholder Agreement. Quantity _____

TSD