IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAVID BROWNE, et al.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>P.A.M. TRANSPORT, INC., et al.,<br><br>                    Defendants. | **Civil Action No.: 5:16-cv-05366-TLB** |

## MOTION FOR PRO HAC VICE ADMISSION AND TO PROCEED WITHOUT LOCAL COUNSEL

Robert D. Soloff, Esquire, pursuant to Local Rule 83.5, hereby moves this Court for an order granting pro hac vice admission to practice in this Court without local counsel for the limited purposes of assisting Plaintiffs' counsel in the pending litigation and upcoming trial in this case. In support of this motion, and under penalties of perjury, undersigned counsel states as follows:

## APPLICATION FOR ADMISSION PRO HAC VICE

1.      Applicant, Robert D. Soloff, is an attorney and the owner of Robert D. Soloff, P.A., with offices at 7805 S.W. 6th Court, Plantation, FL 33324. Applicant's telephone number is (954) 472-0002, and fax number is (954) 472-0052.

2.      Applicant's firm Robert D. Soloff, P.A. has been retained by Named Plaintiffs David Browne, Antonio Caldwell, and Lucretia Hall to provide legal representation in connection with the above-styled matter.

3.      Applicant is a member in good standing of the bar of the highest Court of the State of Florida, where Applicant regularly practices law. Applicant's Florida Bar License Number is 464732. Applicant's admission date to the Florida Bar was April 4, 1985.  Applicant received his

Juris Doctor degree in Law from Rutgers University, Camden, New Jersey in 1984.  Applicant has no criminal record.

4.      Applicant has also been admitted to the following Courts on the following dates: Supreme Court of Florida, April 4, 1985 (Active); United States Court of Appeals for the Eleventh Circuit, November 12, 1985 (Active); United States District Court for the Southern District of Florida, January 22, 1986 (Active); United States District Court for the Middle District of Florida, July 16, 1990 (Active).

5.      Applicant has over 35 years of employment-related litigation experience, specifically including wage and hour litigation in U.S. District Courts. Applicant is familiar with the leading case law arising out of this Circuit related to the FLSA. Moreover, Applicant has been the attorney of record in several nationwide matters in federal court asserting collective action allegations under the FLSA, and Applicant is readily familiar with the discovery and motion practices particular to FLSA collective action litigation.  Further, since 2001 through the present, Applicant has been a Florida Bar Board Certified Specialist in Labor and Employment Law.

6.      Attached as Exhibit A, pursuant to Local Rule 83.5, is a Certificate of Good Standing regarding Applicant issued by the Florida Bar Association.

7.      Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

8.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings – regardless of outcome – while a member of the bar of any state or federal court or tribunal that requires admission to practice.

9.      Local Rule 83.5(d) states, in relevant part, "the Court, upon written motion, may… permit the non-enrolled attorney to proceed without designating local counsel."  Applicant hereby

requests leave of this Court to proceed without local counsel as Plaintiffs' counsel, Swartz Swidler, LLC.

10.     Applicant requests admission for the limited purposes of the pending litigation in this case, specifically to assist at trial in this case Plaintiffs' counsel Swartz Swidler, LLC which has no local counsel of record associated with this matter. Specifically, Applicant seeks to proceed without local counsel, as permitted by leave of Court pursuant to Local Rule 83.5(d).

11.     Undersigned counsel agrees to abide by this Court's Local Rules and to abide by the jurisdiction of this Court in matters of discipline.

12.     Plaintiffs' counsel in this litigation, Swartz Swidler, LLC, has represented Plaintiffs since the filing of this case in 2016 and has intimate knowledge of the facts relevant to this matter with Plaintiffs' counsel Swartz Swidler, LLC in nationwide FLSA class actions.

13.     Applicant further agrees to be available in person for all proceedings as required by the Court.  Also, Applicant agrees and will be able to perform any and all other duties required by this Honorable Court or the Local Rules of this Court, including appearing in person for depositions or other Court-related proceedings.

14.     Attached hereto as Exhibit B is a Proposed Order regarding this Motion.

Respectfully Submitted,

**ROBERT D. SOLOFF, P.A.**

*/s/Robert D. Soloff*
 Robert D. Soloff, Esq.
7805 S.W. 6th Court
Plantation, FL 33324
Email: robert@solofflaw.com
Tel: (954) 472-0002
Fax: (954) 472-0052
Attorney for Plaintiffs Pro Hac Vice

Dated:     January 30, 2020