IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAVID BROWNE, ANTONIO CALDWELL, AND LUCRETIA HALL, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.A.M. TRANSPORT, INC., et al.,<br><br>Defendants. | No. 5:16-cv-05366 (TLB) |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5(d), Hamish Hume hereby moves the Court for an order granting him *pro hac vice* admission to appear and practice as a visiting attorney for Defendant P.A.M. Transport, Inc. in the above captioned matter, with the assistance of local counsel.

1. Applicant, Hamish Hume, does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas. He is an attorney and partner with the law firm Boies Schiller Flexner LLP, with offices at 1401 New York Avenue, NW, Washington, DC 20005.

2. Applicant is a member in good standing of the bar of the Court of Appeals of the District of Columbia, the highest court in Washington, DC, where Applicant regularly practices law. Applicant's DC bar license number is 449914, and his admission date was March 8, 1996.

3. Applicant has also been admitted to the following courts on the following dates: New York Court of Appeals (January 1995, Bar No. 8857); U.S. Supreme Court (December 6, 1999); U.S. Courts of Appeals for the District of Columbia (July 26, 2002), Second Circuit (August

5, 2003), Fourth Circuit (July 18, 2001), Fifth Circuit (June 11, 2010), Sixth Circuit (August 27, 2012), Ninth Circuit (June 8, 2000), and Federal Circuit (October 6, 2000); U.S. District Courts for the Northern District of Illinois (October 28, 2013) and Maryland (July 2, 2001); U.S. Tax Court (November 4, 1996); and U.S. Court of Federal Claims (November 15, 1999).

4. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice.

5. Applicant designates William Stuart Jackson and Michael A. Thompson of Wright, Lindsey & Jennings, LLP, members in good standing of the Arkansas Bar and with this Court, as local counsel.  Mr. Jackson's Arkansas Bar Number is 92189 and Mr. Thompson's Arkansas Bar Number is 2010146.  Local counsel may be reached by telephone at (501) 371-0808, and local counsel's address is 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699.

WHEREFORE, the undersigned respectfully requests that the Court admit Hamish Hume *pro hac vice* for the purpose of appearing and participating in this action on behalf of Defendant P.A.M. Transport, Inc.

Dated: February 11, 2020

Respectfully submitted,

*/s/* Hamish Hume
Hamish Hume (DC Bar No. 449914)
Samuel C. Kaplan (DC Bar No. 463350)
Jesse Panuccio (DC Bar No. 981634)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
hhume@bsfllp.com