IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAVID BROWNE, ANTONIO CALDWELL, AND LUCRETIA HALL, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>P.A.M. TRANSPORT, INC., et al.,<br><br>Defendants. | No. 5:16-cv-05366 (TLB) |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5(d), Samuel C. Kaplan hereby moves the Court for an order granting him *pro hac vice* admission to appear and practice as a visiting attorney for Defendant P.A.M. Transport, Inc. in the above captioned matter, with the assistance of local counsel.

1. Applicant, Samuel C. Kaplan, does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas. He is an attorney and partner with the law firm Boies Schiller Flexner LLP, with offices at 1401 New York Avenue, NW, Washington, DC 20005.

2. Applicant is a member in good standing of the bar of the Court of Appeals of the District of Columbia, the highest court in Washington, DC, where Applicant regularly practices law. Applicant's DC bar license number is 463350, and his admission date was February 9, 2001.

3. Applicant has also been admitted to the following courts on the following dates: Maryland Court of Appeals (December 16, 1998, Bar No. 9812160084); U.S. Courts of Appeals for the Fifth Circuit (May 16, 2015) and Tenth Circuit (September 14, 2012); U.S. District Court

for the District of Columbia (October 3, 2013); and U.S. Court of Federal Claims (March 20, 2012).

4. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice.

5. Applicant designates William Stuart Jackson and Michael A. Thompson of Wright, Lindsey & Jennings, LLP, members in good standing of the Arkansas Bar and with this Court, as local counsel. Mr. Jackson's Arkansas Bar Number is 92189 and Mr. Thompson's Arkansas Bar Number is 2010146. Local counsel may be reached by telephone at (501) 371-0808, and local counsel's address is 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699.

WHEREFORE, the undersigned respectfully requests that the Court admit Samuel C. Kaplan *pro hac vice* for the purpose of appearing and participating in this action on behalf of Defendant P.A.M. Transport, Inc.

Dated:     February 11, 2020

      Respectfully submitted,

/s/ Samuel C. Kaplan
Hamish Hume (DC Bar No. 449914)
Samuel C. Kaplan (DC Bar No. 463350)
Jesse Panuccio (DC Bar No. 981634)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
skaplan@bsfllp.com