IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID BROWNE, ANTONIO
CALDWELL, and LUCRETIA HALL,
on behalf of themselves and
others similarly situated                                                  PLAINTIFFS

V.                              CASE NO. 5:16-CV-5366

P.A.M. TRANSPORT, INC.                                                     DEFENDANT

## ORDER GRANTING PRELIMINARY APPROVAL
## OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Before the Court are Plaintiffs' Unopposed Motion for Preliminary Approval of the Collective and Class Action Settlement (Doc. 279), a copy of the Executed Settlement Agreement (Doc. 279-1), and Plaintiffs' Memorandum Brief in Support (Doc. 280). The Parties also appeared for a hearing on the Motion on February 18, 2020. Based on the Court's review of the information provided, Plaintiffs' Motion for Preliminary Approval (Doc. 279) is **GRANTED**. The Court hereby:

1. GRANTS preliminary approval of the FLSA Collective and Class Action Settlement ("Settlement"), a copy of which appears at Doc. 279-1.

2. GRANTS preliminary approval of the Settlement, Release of Claims, Attorneys' Fees, Costs, and Service Payments as fair, reasonable, and adequate, subject to further consideration when Plaintiffs file for Final Approval, after Notice to the Class and any objections are considered.

3. ORDERS Defendant, pursuant to the Settlement at § 2.6.1, within 15 calendar days of the date the Court enters this Order, to give the Settlement Administrator and Plaintiffs' Counsel a list, in electronic form, containing then names, Last Known

1

Address, Last Known E-mail Addresses, Social Security Numbers, and Eligible Work Weeks for Each Eligible Class Member ("Class List").

4. ORDERS the Claims Administrator, pursuant to the Settlement at § 2.6.2 to, within 15 days of receipt of the Class List, mail and e-mail (where available) the Notice.

5. ORDERS that, pursuant to the Settlement at § 2.7.1, any Eligible Class Member may opt out of the Settlement by submitting an Opt-Out Statement within 60 days of the date the Claims Administrator mails the Notice.

6. ORDERS that, pursuant to the Settlement at § 2.8.1, any Eligible Class Member may object to the Settlement by submitting an Objection within 60 days of the date the Claims Administrator mails the Notice.

7. ORDERS that, pursuant to the Settlement at § 2.7.1, the final date for any Eligible Class Member to file an Opt-Out Statement or Objection is the first business day following 60 calendar days after the Claims Administrator mailing the Notice (the "Opt-out Period").

8. ORDERS that, pursuant to the Settlement at §§ 2.7.2 and 2.8.1, the Claims Administrator shall serve, on Plaintiffs' Counsel and Defendant's Counsel, copies of each Opt-Out Statement and Objection received, whether timely or not, within three calendar days of receipt.

9. ORDERS that, pursuant to the Settlement at §§ 2.7.2 and 2.8.1, the Claims Administrator shall serve, on Plaintiffs' Counsel and Defendant's Counsel, a final list of all Opt-Out Statements and Objections within three calendar days of the end of the Opt-Out Period.

10.　ORDERS that, pursuant to the Settlement at § 2.8.3, the Parties file any response to any filed objection no later than 14 calendar days before the Final Fairness Hearing.

11.　ORDERS that by June 30, 2020, pursuant to § 2.10, Plaintiffs' Counsel shall file a Motion for Order Granting Final Approval of the Settlement.

12.　ORDERS that the Court shall hold a Final Fairness Hearing to determine whether the Settlement shall be Finally Approved on **July 31st, 2020 at 1:30 p.m.** in Courtroom 509 in the United States District Court located at 35 East Mountain Street, Fayetteville, Arkansas 72701.

**IT IS SO ORDERED** on this 18th day of February, 2020.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE