

1101 Kings Highway North
Suite 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

October 30, 2020

**VIA ECF**
The Honorable Timothy L. Brooks
Western District of Arkansas
35 East Mountain, Room 559
Fayetteville, Arkansas 72701

      RE:    David Browne, et al. v. PAM Transport
             Civil Action No.: 5:16-df-05366-TLB

**Status Report regarding Settlement Distribution**

Dear Judge Brooks:

    I write on behalf of all Parties to inform the Court of the status of the Settlement. The Claims Administrator reports the following:

1. Settlement checks were mailed to class members on September 4, 2020.
2. 12,083 checks have been cashed, totaling $6,725,285.53;
3. 3,792 checks remain uncashed, totaling $1,824,617.43;
4. 722 checks were returned as undeliverable, totaling $352,107.00
5. Checks will go stale after January 2, 2021.
6. The current amount incurred by Angeion for the Settlement is $107,386.50; and
7. Angeion has conducted outreach to 15 class members who failed TIN matching and have not yet received responses from this group.

    The Parties intend to file another status report shortly after January 2, 2021 to update the Court on uncashed checks so that *cy pres* distribution and/or redistribution to drivers may be considered.

    Finally, the Claims Administrator has, in limited circumstances, needed to obtain notarized documents from class members, such as when a check must be reissued or, due to a name change or death, the check must be rewritten. Because of the pandemic and the reality of drivers' living over-the-road, it has been more difficult than usual for drivers to visit a notary in person. One solution is notarize.com[1], an online notary which legally notarizes documents utilizing video

---

[1] The Parties, Counsel for the Parties, nor Angeion receive any financial reward, referral payment, or "kickback" of any kind for fees charged by notarize.com. The company is fully independent and neither Angeion, the Parties, nor counsel have any affiliation with notarize.com.



conferencing. The Parties request that where evidence is submitted by the class member that they have incurred such cost, the cost of the online notary be paid by the Settlement Fund out of the Reserve Fund. Attached to this letter is a letter from Christopher Chimicles, President and CEO of Angeion Group, fully discussing the concern and the request made herein.

Accordingly, the Parties request the Court enter an Order authorizing Angeion to utilize funds in the Reserve Fund to reimburse notary expenses incurred by drivers where Angeion requires notarized documents related to the settlement. The Parties further request the Court order that they submit a second status report on or before January 15, 2021 which will inform the Court of the status of any remaining settlement issues and provide the Parties position(s) regarding whether remaining funds should be donated or a second round of checks to drivers is more appropriate.

We thank the Court for its consideration to this request.

Respectfully submitted,

SWARTZ SWIDLER, LLC

*s/Justin L. Swidler*
Justin L. Swidler, Esq.

Enc.  Letter from Christopher Chimicles, CEO/President of Angeion, LLC
cc:   All counsel (via ECF)